UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>DR. MICHAEL MINEV, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-00325-APG-EJY<br><br>**ORDER** |

On February 22, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and a Financial Certificate with an inmate account statement for the previous six-month period. ECF Nos. 1-1, 1-2. Plaintiff has neither paid the $402 filing fee for this matter nor filed an application to proceed *in forma pauperis* on this Court's approved form.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time extension** to file a complete application to proceed *in forma pauperis* containing all three of the required documents on or before **May 6, 2022**. Absent unusual circumstances, the Court will not grant any further extensions of time.

If Plaintiff is unable to file a complete application to proceed *in forma pauperis* with all three required documents on or before **May 6, 2022**, this case will be subject to dismissal without

prejudice. Plaintiff is free to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a complete application to proceed *in forma pauperis*.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the filing fee of $402 on or before **May 6, 2022** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a complete application to proceed *in forma pauperis* with all three documents or pays the $402 filing fee.

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **May 6, 2022**, Plaintiff will either pay the $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the $402 filing fee for a civil action on or before **May 6, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to refile

1   the case with the Court, under a new case number, when Plaintiff has all three documents needed to
2   file a complete application to proceed *in forma pauperis* or pays the $402 filing fee.
3         IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-
4   1) but will not file it at this time.
5         DATED this 7th day of March, 2022.

                                                     *[signature]*
                                   ELAYNA J. YOUCHAH
                                   UNITED STATES MAGISTRATE JUDGE