UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. MICHAEL MINEV, *et al.*,<br><br>         Defendants. | Case No. 2:22-cv-00325-ART-EJY<br><br>**ORDER** |

**I.     DISCUSSION**

On March 7, 2022, this Court ordered Plaintiff Joseph Lawrence to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee to commence a civil action on or before May 6, 2022. ECF No. 4 at 2. The same day Plaintiff filed documents consisting of his Financial Certificate, a Nevada Department of Corrections Inmate Account Transaction Request, and prison trust account statement for June through December 2021. ECF No. 5. Plaintiff also filed a "Notice" purporting to explain why he has not paid the filing fee or filed an *in forma pauperis* application. ECF No. 6. Plaintiff states he attempted to pay the filing fee from his prison trust account but does not know why that has not occurred. Plaintiff further states he was not aware he needed to submit an application to proceed *in forma pauperis* if he was trying to pay the filing fee. *Id.* at 1.

The Court notes that the fee for filing a civil action is $402, not $120.24 as listed on the account transaction request form submitted by Plaintiff. *See* ECF No. 5 at 3. The Court has no knowledge why the funds were not paid from Plaintiff's trust account. Therefore, the Court will construe Plaintiff's "Notice" (ECF No. 6) as a request for extension of time and provide Plaintiff one final opportunity to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee on or before **July 6, 2022**. Absent unusual circumstances, no further extensions will be granted.

## II. ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's Notice (ECF No. 6) is construed as a motion for extension of time and is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have a one time extension to **July 6, 2022**, in which Plaintiff shall either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the $402 filing fee to commence a civil action (which includes the $350 filing fee and the $52 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, the Court will recommend dismissal of this action without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate and the document entitled information and instructions for filing an *in forma pauperis* application.

DATED this 3rd day of June, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE