AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOSEPH E. LAWRENCE,

          Plaintiff,

v.

DR. MICHAEL MINEV, *et al.*,

          Defendants.

JUDGMENT

Case Number: 2:22-cv-00325-ART-EJY

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to complete an application to proceed in forma pauperis or pay the full $402 filing fee in compliance with this Court's March 7, 2022, and June 3, 2022, orders.
    **IT IS FURTHER ORDERED** that Plaintiff's pending motions (ECF Nos. 1-3, 2, 5) are denied as moot.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed. No other documents may be filed in this now-closed case. If Plaintiff wishes to pursue his claims, he must file a complaint in a new case.

Date: 8/11/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*